## Joseph Pomprowitz, Appellee, v. LaSalle-Randolph Garage Corporation, Appellant.

### Gen. No. 44,039.

opinion filed February 4, 1948; released for publication February 20, 1948. Louis J. Jacobson, for appellant; Goldman, Allshouse & Healy, for appellee; Robert G. Dreffein and Melvin L. Goldman, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.